# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

EVA L. WATTS

V.

DECISION ONE MORTGAGE COMPANY, LLC; COUNTRYWIDE HOME LOANS; SAXON MORTGAGE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09 CV 0043 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion for judgment on the pleadings is granted. All claims against Decision One are dismissed. Plaintiff's request for leave to file an amended complaint is denied. Judgment is entered in favor of Decision One..................................................................................................
.................................................................................................................................................
.................................................................................................................................................
.................................................................................................................................................

| June 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

| | S/ T. Lee |
|---|---|
| | (By) Deputy Clerk |

ENTERED ON June 12, 2009

09cv43-JM(BLM)