# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Watts

V.

Decision One Mortgage Company, LLC et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09-cv-00043-JM-BLM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Saxon's Motion for Judgment on the Pleadings is granted**.** Accordingly, Plaintiff's claims for negligence and negligent infliction of emotional distress against Saxon are dismissed. The court instructs the Clerk of Court to enter judgment in favor of Saxon..................................................................................
................................................................................................................................................................
................................................................................................................................................................

| July 13, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S. T. Lee
(By) Deputy Clerk

ENTERED ON July 13, 2009